UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**RASHEED DAVIS,**

    Plaintiff,

**vs.**

                              **CASE NO.: 1:16-CV-00281-SCJ**

**AUSTIN TASK, INC.,**

    Defendant.                    /

## ORDER ON JOINT STIPULATION FOR DISMISSAL

For good cause shown, IT IS HEREBY ORDERED that the Joint Stipulation for Dismissal Prejudice, is hereby **GRANTED.**

Dated: July  21st , 2016.

                                            s/Steve C. Jones
                                            _____
                                            The Honorable Steve C Jones
                                            United States District Judge